# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2007

133527 & (10)(11)

In re:

The Honorable JEANETTE O'BANNER-OWENS,
36th District Court
421 Madison, Suite 3068
Detroit, MI 48226

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133527
JTC: Formal Complaint No. 80

_____/

By order of April 25, 2007, the parties were directed to provide supplemental briefing. On order of the Court, the motion to seal and keep confidential the respondent's brief, motion, and attachment is GRANTED. Considering the specific circumstances of this case, the Judicial Tenure Commission is DIRECTED to provide the respondent, within 7 days of the date of this order, with copies of the eight-page letter or letters that the Commission sent to the physicians who examined the respondent pursuant to MCR 9.207(D). Within three weeks of the date of this order, the respondent shall provide the Court with an updated report from Dr. Aronson and any additional reports and supplemental briefing that the respondent deems necessary. The petition for interim suspension remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2007

_____
Clerk

p0516